## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ZACHERY HARTLEY**                                              **PLAINTIFF**

**v.**                          **No. 4:24-cv-878-DPM**

**MCCASTLE, Sheriff, Jefferson County
Sheriff's Office, Dub Brassell Detention
Center;  REDIX, Deputy, Dub Brassell
Detention Center;  RODNEY ALLEN,
Captain, Dub Brassell Detention Center;
KASHONDA THOMPKINS, Major, Dub
Brassell Detention Center;  LAFEYETTE
WOODS, JR., Head Sheriff, JCSO, Dub
Brassell Detention Center;  and HUDSON,
Chief, JCSO, Dub Brassell Detention
Center**                                             **DEFENDANTS**

### ORDER

1.    The Court withdraws the reference.

2.    Hartley hasn't filed a signed complaint; and the time to do so has passed.  *Doc. 2.*  His complaint will therefore be dismissed without prejudice.  LOCAL RULE 5.5(c)(2).  An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

-2-

So Ordered.

_WPMarshall Jr._
D.P. Marshall Jr.
United States District Judge

_10 December 2024_