IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ZACHERY HARTLEY                                           PLAINTIFF

v.                    No. 4:24-cv-878-DPM

MCCASTLE, Sheriff, Jefferson County
Sheriff's Office, Dub Brassell Detention
Center; REDIX, Deputy, Dub Brassell
Detention Center; RODNEY ALLEN,
Captain, Dub Brassell Detention Center;
KASHONDA THOMPKINS, Major, Dub
Brassell Detention Center; LAFEYETTE
WOODS, JR., Head Sheriff, JCSO, Dub
Brassell Detention Center; and HUDSON,
Chief, JCSO, Dub Brassell Detention
Center                                                    DEFENDANTS

JUDGMENT

Hartley's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

10 December 2024